445 A.2d 211

Commonwealth v. Fowler, Appellant.

Submitted September 11, 1980.

Joseph S. U. Bodoff, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.